IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,
BRIAN G. LEWIS
v.
ARNOLD Schwartznegger and
ET, AL JOHN DOE DEFENDANTS
1 THRU 15
            Defendant.

CASE NO. C 07 4519 JDA (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

RMW E-filing

I, __Brian G. LEWIS__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ____   No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____∅____   Net: ____∅____

Employer: ____N/A____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

January 99 to May 2000

APPROX 2100.00 PER MONTH AS OF 2000 LAST

(rev. 5/96)                           6

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes _____ No __X__

    b. Income from stocks, bonds, or royalties?    Yes _____ No __X__

    c. Rent payments?    Yes _____ No __X__

    d. Pensions, annuities, or life insurance payments?    Yes _____ No __X__

    e. Federal or State welfare payments, Social Security or other government source?    Yes _____ No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

__N/A__

3. Are you married? Yes _____ No __X__

Spouse's Full Name: __N/A__

Spouse's Place of Employment: __N/A__

Spouse's Monthly Salary, Wages or Income:

Gross $__0__  Net $__0__

4. a. List amount you contribute to your spouse's support:

$ __0__

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

__N/A__

5. Do you own or are you buying a home? Yes _____ No __X__

Estimated Market Value: $__0__ Amount of Mortgage: $__0__

6. Do you own an automobile? Yes _____ No __X__

Make __N/A__ Year __N/A__ Model __N/A__

Is it financed? Yes _____ No _____ If so, Total due: $ __0__

Monthly Payment: $ __0__

(rev. 5/96)      7

Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No __X__

Name(s) and address(es) of bank: __N/A__

Present balance(s): $ __0__

Do you own any cash?   Yes _____   No __X__   Amount: $ __0__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No __X__

__N/A__

8.  What are your monthly expenses?

Rent: $ __0__          Utilities: __0__

Food: $ __0__          Clothing: __0__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ 0 | $ 0 |
|  | $ | $ |
|  | $ | $ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

__N/A__

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__8-26-2007__                    __Brian Gregory Lewis__
DATE                              SIGNATURE OF APPLICANT

(rev. 5/96)                        8

```
REPORT ID: TS3030                                          REPORT DATE: 08/21/07
                                                           PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON, LA COUNTY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: MAR. 01, 2007 THRU AUG. 21, 2007
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

ACCOUNT NUMBER : C78358            BED/CELL NUMBER: FBB200000000230L
ACCOUNT NAME   : LEWIS, BRIAN GREGORY   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

### TRUST ACCOUNT ACTIVITY

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
0.00