IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GREGORY LEWIS,        ) | No. C 07-4519 RMW (PR) |
| )  Plaintiff,                            ) | ORDER OF TRANSFER |
| v.                                         ) | |
| ARNOLD SCHWARZENEGGER, ) | |
| Defendant.                        ) | |

    Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at Pleasant Valley State Prison in Coalinga, California. Plaintiff is currently incarcerated at the California State Prison in Lancaster, California. The defendant is located in Sacramento County and the acts complained of occurred in Fresno County, which lie within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District, not in this district. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

\\\

\\\

1  In view of the transfer, the court will not rule on plaintiff's pending motion to proceed in
2  forma pauperis (docket no. 2).  The clerk shall terminate any pending motions and
3  transfer the entire file to the Eastern District of California.
4      IT IS SO ORDERED.
5  DATED: 9/19/2007     *Ronald M. Whyte*
    RONALD M. WHYTE
6      United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | This is to certify that on __9/21/2007__, a copy of this ruling was mailed to the following:

Brian Gregory Lewis
C-78358
CSP -Lancaster
P.O. Box 4670
D-2-230
Lancaster, CA  93539

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Lewis519trans                3